Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **Case No. 3:13-cv-02048-SI** |
| **Plaintiff,** | **PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE FOR CASE MANAGEMENT CONFERENCE; and ORDER (Proposed)** |
| **vs.** | |
| **JAMES RICHARD SANCHEZ,** | **DATE: Friday, August 9, 2013** |
| **Defendants.** | **TIME: 2:30 P.M.** |

TO THE HONORABLE SUSAN ILLSTON, THE DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:

The undersigned counsel for Plaintiff J & J Sports Productions, Inc., respectfully requests the opportunity to appear telephonically for the Case Management Conference presently scheduled for Friday, August 9, 2013 at 2:30 P.M.

This request is necessitated by the fact that Plaintiff's counsel's law firm is located in South Pasadena, Los Angeles County, outside the San Francisco Division of this Honorable Court.

///
///
///
///

1    **WHEREFORE,** Plaintiff respectfully requests that Plaintiff's counsel be permitted to appear

2    by telephone for the Case Management Conference presently scheduled for Friday, August 9, 2013 at

3    2:30 P.M.

4

5

6                                              Respectfully submitted,

7

8

9    Date: August 5, 2013                      */s/ Thomas P. Riley*
                                              **LAW OFFICES OF THOMAS P. RILEY, P.C.**
10                                             By: Thomas P. Riley
                                              Attorneys for Plaintiff
11                                             J & J Sports Productions, Inc.

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

**ORDER** **(Proposed)**

It is hereby ordered that Thomas P. Riley, Plaintiff's lead trial counsel in civil action number 3:13-cv-02048-SI styled *J & J Sports Productions, Inc. v. Sanchez, et. al.,* is hereby granted permission to appear telephonically at the Case Management Conference scheduled for Friday, August 9, 2013 at 2:30 P.M.

Plaintiff's counsel shall be available at his phone number of record [(626) 799-9797] for the duration of the conference.

**IT IS SO ORDERED**:

_____          Dated:_____
**THE HONORABLE SUSAN ILLSTON**                                        8/5/13
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///
///
///
///
///
///

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On August 5, 2013, I caused to serve the following documents entitled:

**PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE FOR CASE MANAGEMENT CONFERENCE; and ORDER (Proposed)**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Familia Sanchez Enterprises, Inc. (Defendant)
2778 24th Street
San Francisco, CA 94134

James Richard Sanchez (Defendant)
2778 24th Street
San Francisco, CA 94134

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 5, 2013, at South Pasadena, California.

Dated: August 5, 2013                    _/s/ Sabrina Ketel_____
                                         SABRINA KETEL