IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J AND J SPORTS PRODUCTIONS INC, | No. C 13-02048 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| JAMES RICHARD SANCHEZ, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 21, 2014 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is April 1, 2014.

DESIGNATION OF EXPERTS: 2/15/14; REBUTTAL: n/a.
   Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is April 1, 2014.

DISPOSITIVE MOTIONS **SHALL** be filed by March 28, 2014;

   Opp. Due April 11, 2014; Reply Due April 18, 2014;

   and set for hearing no later than May 2, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 8, 2014 at 3:30 PM.

JURY TRIAL DATE: July 21, 2014 at 8:30 AM.,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Defendant shall file his Answer by December 20, 2013.
Initial disclosures are due by January 10, 2014.
This case shall be referred to a magistrate-judge for settlement. The conference shall occur during the first ½ of March 2014.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 12/11/13

                                          _____
                                          SUSAN ILLSTON
                                          United States District Judge