**United States District Court**
For the Northern District of California

1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   J & J SPORTS PRODUCTIONS, INC.,              Case No.  3:13-cv-02048 SI (NC)

9          Plaintiff,                            **ORDER DENYING REQUEST TO
                                                 EXCUSE ATTENDANCE AT**
10    v.                                         **SETTLEMENT CONFERENCE**

11   JAMES RICHARD SANCHEZ, et al.,

12          Defendants.

13   _____/

14      By letter dated February 27, 2014, counsel filed a request for plaintiff's authorized

15   representative to be excused from personally appearing at the settlement conference scheduled for

16   March 4, 2014.

17      Upon consideration of the request, the Court DENIES the request to excuse personal

18   attendance as late, lacking evidence of conferring with defendant and lacking good cause. Therefore,

19   it is hereby ORDERED that Joseph M. Gagliardi appear in person at the settlement conference on

20   March 4, 2014 at 9:30 a.m.

21   IT IS SO ORDERED.

22   Dated:  February 28, 2014

23                                        _____
                                          NATHANAEL COUSINS
                                          United States Magistrate Judge
24

25

26

27

28