1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.
7

*Submitting counsel are directed to serve this order upon all other non-efiling parties in this action.*

8                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
9

10  J & J SPORTS PRODUCTIONS, INC.,          CASE NO. 3:13-cv-02048-SI

11              Plaintiff,                     STIPULATION OF DISMISSAL OF
                                               PLAINTIFF'S COMPLAINT AGAINST
12      vs.                                    DEFENDANTS JAMES RICHARD
                                               SANCHEZ, individually and d/b/a CASA
13  JAMES RICHARD SANCHEZ, ET AL.,            SANCHEZ RESTAURANT; and FAMILIA
                                               SANCHEZ ENTERPRISES, INC., an
14              Defendants.                    unknown business entity d/b/a CASA
                                               SANCHEZ RESTAURANT
15
16

17          IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS

18  PRODUCTIONS, INC. and Defendants JAMES RICHARD SANCHEZ, individually and d/b/a

19  CASA SANCHEZ RESTAURANT; and FAMILIA SANCHEZ ENTERPRISES, INC., an unknown

20  business entity d/b/a CASA SANCHEZ RESTAURANT, that the above-entitled defendant is hereby

21  dismissed **without prejudice** against JAMES RICHARD SANCHEZ, individually and d/b/a CASA

22  SANCHEZ RESTAURANT; and FAMILIA SANCHEZ ENTERPRISES, INC., an unknown business

23  entity d/b/a CASA SANCHEZ RESTAURANT, and subject to the Court's jurisdiction to enforce the

24  settlement agreement reached between the Parties.

25          IT IS FURTHER STIPULATED that provided no Party referenced above has filed a

26  motion to reopen this action by May 1, 2014, the dismissal shall be deemed to be **with prejudice**.

27  ///

28  ///

    ///

STIPULATION OF DISMISSAL
3:13-cv-02048-SI
PAGE 1

1    This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party

2    referenced-above shall bear its own attorneys' fees and costs.

3

4

5

6    Dated: 3/3/14

                                        LAW OFFICES OF THOMAS P. RILEY, P.C.
7                                       By: Thomas P. Riley
                                        Attorneys for Plaintiff
8                                       J & J SPORTS PRODUCTIONS, INC.

9

10

11   Dated:

                                        JAMES RICHARD SACHEZ
12                                      Individually and d/b/a Casa Sanchez Enterprises

13

14

15   Dated:

                                        FAMILIA SANCHEZ ENTERPRISES, INC.
16                                      By: It's Authorized Agent

17

18

19

20

21

22

23

24   IT IS SO ORDERED:

25

26                                               Dated: 3/13/14

27   The Honorable Susan Illston
     United States District Court
28   Northern District of California

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On March 3, 2014, I caused to serve the following documents entitled:

**STIPULATION OF DISMISSAL OF PLANTIFF'S COMPLAINT AGAINST DEFENDANTS JAMES RICHARD SANCHEZ, individually and d/b/a CASA SANCHEZ RESTAURANT; and FAMILIA SANCHEZ ENTERPRISES, INC., an unknown business entity d/b/a CASA SANCHEZ RESTAURANT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Mr. James Richard Sanchez                                    (Defendant)
282 Silver Avenue
San Francisco, CA 94112

Familia Sanchez Enterprises, Inc.                            (Defendant)
2778 24th Street
San Francisco, CA 94134

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 3, 2014, at South Pasadena, California.

Dated: March 3, 2014

VANESSA VENTURA